1050

[No. 74127-6-I. Division One. November 7, 2016.]

KERRY J. TAYLOR, *Appellant*, v. ALAN P. NOHR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-04985-4, Ronald Kessler, J., entered September 18, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in Schindler and Dwyer, JJ.

[No. 74535-2-I. Division One. November 7, 2016.]

ELLEN B. KLYCE ET AL., *Respondents*, v. DAVID EBENAL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-2-01103-7, Deborra Garrett, J., entered December 4, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Spearman, JJ.

[No. 74894-7-I. Division One. November 7, 2016.]

*In the Matter of the Parenting and Support of* BAINYA SHAY.

THOMAS O. BAICY, *Appellant*, v. DANELLE M. SHAY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-03868-0, Lori Kay Smith, J., entered February 3, 2016. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[No. 75372-0-I. Division One. November 7, 2016.]

CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY ET AL., *Respondents*, v. STERNOFF LP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 16-2-08800-7, Suzanne Parisien, J., entered June 7, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Dwyer, JJ.